No. 76–1143. MARSHALL, SECRETARY OF LABOR, ET AL. *v.* BARLOW'S, INC. Appeal from D. C. Idaho. Probable jurisdiction noted.

No. 76–1172. FIRST NATIONAL BANK OF BOSTON ET AL. *v.* BELLOTTI, ATTORNEY GENERAL OF MASSACHUSETTS. Appeal from Sup. Jud. Ct. Mass. Motion of Associated Industries of Massachusetts, Inc., et al. for leave to file a brief as *amici curiae* granted. Further consideration of question of jurisdiction postponed to hearing of case on the merits. In addition to questions presented by the jurisdictional statement, counsel are directed to brief and argue question of mootness.

No. 76–695. BOARD OF CURATORS OF THE UNIVERSITY OF MISSOURI ET AL. *v.* HOROWITZ. C. A. 8th Cir. Certiorari granted.

No. 76–1149. CAREY ET AL. *v.* PIPHUS ET AL. C. A. 7th Cir. Certiorari granted.

No. 76–1171. CARTER, PUBLIC VEHICLE LICENSE COMMISSIONER OF CHICAGO *v.* MILLER. C. A. 7th Cir. Certiorari granted.

No. 76–749. PFIZER INC. ET AL. *v.* GOVERNMENT OF INDIA ET AL. C. A. 8th Cir. Certiorari granted. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 76–5761. SIMPSON ET AL. *v.* UNITED STATES; and
No. 76–5796. SIMPSON *v.* UNITED STATES. C. A. 6th Cir. Motions of petitioners for leave to proceed *in forma pauperis* and certiorari granted. Cases consolidated and a total of one hour allotted for oral argument. Reported below: 542 F. 2d 1177.